**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: RAE, JOHN T | § Case No. 10-73086 |
| RAE, JENNIFER L. | § |
| INTELLECH, INC & INTELLECTUAL PROPER | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 18, 2010. The undersigned trustee was appointed on August 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $            18,750.38

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 5,474.08 |
   | Administrative expenses | 2,370.99 |
   | Bank service fees | 115.53 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    10,789.78 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 11/12/2010 and the deadline for filing governmental claims was 12/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,625.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,625.04, for a total compensation of $2,625.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $136.92, for total expenses of $136.92.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2011     By: /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
RAE, JENNIFER L.  
**Period Ending:** 12/16/11

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/18/10 (f)  
**§341(a) Meeting Date:** 08/05/10  
**Claims Bar Date:** 11/12/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence - 335 Stongate Rd. | 332,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Arizona lots | 115,000.00 | 0.00 | | 18,750.00 | FA |
| 3 | checking accounts | 4,174.52 | 0.00 | DA | 0.00 | FA |
| 4 | HHGS | 2,180.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Bikes/cameras | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Educational savings accts/IRA | 25,870.96 | 0.00 | DA | 0.00 | FA |
| 8 | Money owed debtor (Antoine Meredith) | 2,650.00 | 0.00 | DA | 0.00 | FA |
| 9 | vehicles | 4,250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Fax/copier | 240.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.38 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$487,065.48** | **$0.00** | | **$18,750.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   December 2, 2011  (Actual)

Printed: 12/16/2011 03:21 PM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73086 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | RAE, JOHN T | | Bank Name: | The Bank of New York Mellon |
| | RAE, JENNIFER L. | | Account: | 9200-******10-65 - Money Market Account |
| Taxpayer ID #: | **-***6624 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/16/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/23/11 | | Pioneer Title Agency, Inc. | sale of Arizona property | | | 8,104.53 | | 8,104.53 |
| | {2} | | | 13,750.00 | 1110-000 | | | 8,104.53 |
| | | | county taxes | -489.31 | 2820-000 | | | 8,104.53 |
| | | | Commission | -1,375.00 | 3510-000 | | | 8,104.53 |
| | | | Closing fees | -150.00 | 4110-000 | | | 8,104.53 |
| | | | Owner's coverage | -420.00 | 4110-000 | | | 8,104.53 |
| | | | Affidavit fee | -2.00 | 4110-000 | | | 8,104.53 |
| | | | Back taxes | -2,941.28 | 4700-000 | | | 8,104.53 |
| | | | HOA past dues | -267.88 | 4700-000 | | | 8,104.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 8,104.54 |
| 06/01/11 | | To Account #9200******1066 | pay bond premium | | 9999-000 | | 6.68 | 8,097.86 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,097.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,097.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 15.53 | 8,082.45 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,082.51 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,057.51 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,057.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,032.57 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,032.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,007.63 |
| 11/17/11 | | Pioneer Title Agency | purchase of vacant lot | | | 2,807.08 | | 10,814.71 |
| | {2} | | | 5,000.00 | 1110-000 | | | 10,814.71 |
| | | | Commission | -500.00 | 3510-000 | | | 10,814.71 |
| | | | Closing fees | -150.00 | 4110-000 | | | 10,814.71 |
| | | | Owner's coverage to Pioneer Title Agency | -420.00 | 4110-000 | | | 10,814.71 |
| | | | Recording fees | -25.00 | 4110-000 | | | 10,814.71 |
| | | | Affidavit fee | -2.00 | 4110-000 | | | 10,814.71 |
| | | | 2010 taxes | -392.24 | 4700-000 | | | 10,814.71 |
| | | | 2011 taxes | -351.63 | 4700-000 | | | 10,814.71 |
| | | | HOA Dues to SPRPOA | -352.05 | 4110-000 | | | 10,814.71 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.07 | | 10,814.78 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,789.78 |
| 12/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.00 | | 10,789.78 |
| 12/01/11 | | To Account #9200******1066 | Prep. F. Rpt | | 9999-000 | | 10,789.78 | 0.00 |

Subtotals :   $10,911.99   $10,911.99

{} Asset reference(s)

Printed: 12/16/2011 03:21 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
　　　　　　　RAE, JENNIFER L.  
**Taxpayer ID #:** **-***6624  
**Period Ending:** 12/16/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,911.99 | 10,911.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,796.46 | |
| | | | **Subtotal** | | **10,911.99** | **115.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,911.99** | **$115.53** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 12/16/2011 03:21 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-73086 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | RAE, JOHN T | | **Bank Name:** | The Bank of New York Mellon |
| | RAE, JENNIFER L. | | **Account:** | 9200-******10-66 - Checking Account |
| **Taxpayer ID #:** | **-***6624 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/16/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/11 | | From Account #9200******1065 | pay bond premium | 9999-000 | 6.68 | | 6.68 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73086, BOND #016018067 | 2300-000 | | 6.68 | 0.00 |
| 12/01/11 | | From Account #9200******1065 | Prep. F. Rpt | 9999-000 | 10,789.78 | | 10,789.78 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 10,796.46 | 6.68 | $10,789.78 |
| Less: Bank Transfers | 10,796.46 | 0.00 | |
| **Subtotal** | 0.00 | 6.68 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6.68** | |

| Net Receipts : | 10,911.99 |
|---|---|
| Plus Gross Adjustments : | 7,838.39 |
| Net Estate : | $18,750.38 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******10-65 | 10,911.99 | 115.53 | 0.00 |
| Checking # 9200-******10-66 | 0.00 | 6.68 | 10,789.78 |
| | $10,911.99 | $122.21 | $10,789.78 |

{} Asset reference(s)  Printed: 12/16/2011 03:21 PM  V.12.57

Printed: 12/16/11 03:23 PM

## Claims Distribution Register

Page: 1

Case: 10-73086   RAE, JOHN T

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 06/18/10 | 950 | Bank of America<br>PO Box 533512<br>Atlanta, GA 30353-3512<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/10 | 950 | 68951001574899/689510015L4ien:<br>Bank of America<br>PO Box 533512<br>Atlanta, GA 30353-3512<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/18/10 | 950 | Codilis & Associates o/b/o Wells Fargo Bank<br>15W030 North Frontage Road, Ste 100<br>Burr Ridge, IL 60527<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 950:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/18/10 | 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 1,524.00 | 1,524.00 | 0.00 | 1,524.00 | 1,524.00 |
| | 06/18/10 | 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228<br><2100-00  Trustee Compensation> | 2,625.04 | 2,625.04 | 0.00 | 2,625.04 | 2,625.04 |
| | 06/18/10 | 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228<br><2200-00  Trustee Expenses> | 136.92 | 136.92 | 0.00 | 136.92 | 136.92 |
| | | | **Total for Priority 200:   100% Paid** | **$4,285.96** | **$4,285.96** | **$0.00** | **$4,285.96** | **$4,285.96** |
| | | | **Total for Admin Ch. 7 Claims:** | **$4,285.96** | **$4,285.96** | **$0.00** | **$4,285.96** | **$4,285.96** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/17/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)> | 13,062.25 | 13,062.25 | 0.00 | 13,062.25 | 321.25 |

Printed: 12/16/11 03:23 PM      **Claims Distribution Register**     Page: 2

### Case: 10-73086    RAE, JOHN T

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 06/18/10 | 610 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 14,746.50 | 14,746.50 | 0.00 | 14,746.50 | 362.68 |
| 3 | 08/17/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 8,470.03 | 8,470.03 | 0.00 | 8,470.03 | 208.31 |
| 4 | 08/27/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource LP, as Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 3,146.11 | 3,146.11 | 0.00 | 3,146.11 | 77.38 |
| 5 | 09/01/10 | 610 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC,As Agent<br>For Palisades Collections, LLC,PO Box 40<br>Houston, TX 77240<br><7100-00   General Unsecured § 726(a)(2)> | 10,439.70 | 10,439.70 | 0.00 | 10,439.70 | 256.75 |
| 6 | 06/18/10 | 610 | Palisades Collections, LLC<br>Vativ Recovery Solutions, LLC<br>PO Box 19249<br>Sugar Land, TX 77496<br><7100-00   General Unsecured § 726(a)(2)> | 1,879.92 | 1,879.92 | 0.00 | 1,879.92 | 46.23 |
| 7 | 09/09/10 | 610 | Advanta Bank Corp. in receivership of FDIC<br>c o Becket and Lee LLP,POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 13,626.97 | 13,626.97 | 0.00 | 13,626.97 | 335.14 |
| 8 | 10/01/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource LP, as Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 27,324.84 | 27,324.84 | 0.00 | 27,324.84 | 672.03 |
| 9 | 10/31/10 | 610 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 25,817.73 | 25,817.73 | 0.00 | 25,817.73 | 634.96 |
| 10 | 10/31/10 | 610 | Capital Recovery III, LLC<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue, Suite #1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 36,999.26 | 36,999.26 | 0.00 | 36,999.26 | 909.96 |

Printed: 12/16/11 03:23 PM

## Claims Distribution Register

Page: 3

### Case: 10-73086   RAE, JOHN T

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 11 | 10/31/10 | 610 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 23,656.87 | 23,656.87 | 0.00 | 23,656.87 | 581.82 |
| 12 | 11/03/10 | 610 | American Express Bank, FSB<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 11,055.00 | 11,055.00 | 0.00 | 11,055.00 | 271.89 |
| 13 | 11/07/10 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 4,734.98 | 4,734.98 | 0.00 | 4,734.98 | 116.45 |
| 14 | 11/07/10 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue, Suite #1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 8,528.40 | 8,528.40 | 0.00 | 8,528.40 | 209.75 |
| 15 | 11/09/10 | 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 17,912.40 | 17,912.40 | 0.00 | 17,912.40 | 440.54 |
| 16 | 11/09/10 | 610 | FIA Card Services, NA/Bank of America<br>by American Infosource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)> | 43,046.43 | 43,046.43 | 0.00 | 43,046.43 | 1,058.68 |
| | | | **Total for Priority 610:   2.45940% Paid** | **$264,447.39** | **$264,447.39** | **$0.00** | **$264,447.39** | **$6,503.82** |
| | | | **Total for Unsecured Claims:** | **$264,447.39** | **$264,447.39** | **$0.00** | **$264,447.39** | **$6,503.82** |
| | | | **Total for Case :** | **$268,733.35** | **$268,733.35** | **$0.00** | **$268,733.35** | **$10,789.78** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73086
Case Name: RAE, JOHN T
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $  10,789.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  10,789.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,625.04 | 0.00 | 2,625.04 |
| Trustee, Expenses - JOSEPH D. OLSEN | 136.92 | 0.00 | 136.92 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,524.00 | 0.00 | 1,524.00 |

Total to be paid for chapter 7 administration expenses:  $  4,285.96
Remaining balance:  $  6,503.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  6,503.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,503.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 264,447.39 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,062.25 | 0.00 | 321.25 |
| 2 | Discover Bank | 14,746.50 | 0.00 | 362.68 |
| 3 | Discover Bank | 8,470.03 | 0.00 | 208.31 |
| 4 | Capital One Bank (USA), N.A. | 3,146.11 | 0.00 | 77.38 |
| 5 | Palisades Collections, LLC | 10,439.70 | 0.00 | 256.75 |
| 6 | Palisades Collections, LLC | 1,879.92 | 0.00 | 46.23 |
| 7 | Advanta Bank Corp. in receivership of | 13,626.97 | 0.00 | 335.14 |
| 8 | Capital One Bank (USA), N.A. | 27,324.84 | 0.00 | 672.03 |
| 9 | Capital Recovery III LLC | 25,817.73 | 0.00 | 634.96 |
| 10 | Capital Recovery III, LLC | 36,999.26 | 0.00 | 909.96 |
| 11 | Capital Recovery III LLC | 23,656.87 | 0.00 | 581.82 |
| 12 | American Express Bank, FSB | 11,055.00 | 0.00 | 271.89 |
| 13 | Capital Recovery IV LLC | 4,734.98 | 0.00 | 116.45 |
| 14 | Capital Recovery IV LLC | 8,528.40 | 0.00 | 209.75 |
| 15 | American Express Bank, FSB | 17,912.40 | 0.00 | 440.54 |
| 16 | FIA Card Services, NA/Bank of America | 43,046.43 | 0.00 | 1,058.68 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 6,503.82 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**