UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: RAE, JOHN T<br>  RAE, JENNIFER L.<br>  INTELLECH, INC & INTELLECTUAL PROPER<br>Debtor(s) | § Case No. 10-73086<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 01/18/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 12/16/2011     By: /s/JOSEPH D. OLSEN
                                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: RAE, JOHN T | § | Case No. 10-73086 |
| RAE, JENNIFER L. | § | |
| INTELLECH, INC & INTELLECTUAL PROPER | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 18,750.38 |
| *and approved disbursements of* | $ | 7,960.60 |
| *leaving a balance on hand of* [1] | $ | 10,789.78 |
| **Balance on hand:** | $ | 10,789.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 10,789.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,625.04 | 0.00 | 2,625.04 |
| Trustee, Expenses - JOSEPH D. OLSEN | 136.92 | 0.00 | 136.92 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,524.00 | 0.00 | 1,524.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,285.96 |
| Remaining balance: | $ | 6,503.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,503.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,503.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 264,447.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,062.25 | 0.00 | 321.25 |
| 2 | Discover Bank | 14,746.50 | 0.00 | 362.68 |
| 3 | Discover Bank | 8,470.03 | 0.00 | 208.31 |
| 4 | Capital One Bank (USA), N.A. | 3,146.11 | 0.00 | 77.38 |
| 5 | Palisades Collections, LLC | 10,439.70 | 0.00 | 256.75 |
| 6 | Palisades Collections, LLC | 1,879.92 | 0.00 | 46.23 |
| 7 | Advanta Bank Corp. in receivership of | 13,626.97 | 0.00 | 335.14 |
| 8 | Capital One Bank (USA), N.A. | 27,324.84 | 0.00 | 672.03 |
| 9 | Capital Recovery III LLC | 25,817.73 | 0.00 | 634.96 |
| 10 | Capital Recovery III, LLC | 36,999.26 | 0.00 | 909.96 |
| 11 | Capital Recovery III LLC | 23,656.87 | 0.00 | 581.82 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 12 | American Express Bank, FSB | 11,054.00 | 0.00 | 271.89 |
| 13 | Capital Recovery IV LLC | 4,734.98 | 0.00 | 116.45 |
| 14 | Capital Recovery IV LLC | 8,528.40 | 0.00 | 209.75 |
| 15 | American Express Bank, FSB | 17,912.40 | 0.00 | 440.54 |
| 16 | FIA Card Services, NA/Bank of America | 43,046.43 | 0.00 | 1,058.68 |

                        Total to be paid for timely general unsecured claims:  $  6,503.82
                        Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                        Total to be paid for tardy general unsecured claims:  $  0.00
                        Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                        Total to be paid for subordinated claims: $  0.00
                        Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-73086-MB
John T Rae                                                            Chapter 7
Jennifer L. Rae
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3            User: cbachman              Page 1 of 3              Date Rcvd: Dec 21, 2011
                                Form ID: pdf006             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2011.
```
db/jdb     +John T Rae,    Jennifer L. Rae,    335 Stonegate Road,    Algonquin, IL 60102-5615
15735695   +Academy Collection Service,    o/b/o Citibank,    PO Box 16119,    Phladephia, PA 19114-0119
15783824   +Advanta Bank Corp,    FDIC,    PO Box 3001,    Malvern, PA 19355-0701
16111488    Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
15735697    American Express,    PO Box 0001,    Los Angeles, A 90096-0001
16377111    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15735699   +Baker & Miller,    o/b/o Discover,    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-2851
15735700   +Bank of America,    P O Box 533512,    Atlanta, GA 30353-3512
15735705   #Bank of America,    PO Box 650064,    Dallas, TX 75265-0064
15735706    Barclays Card,    PO Box 13337,    Philadelphia, PA 19101-3337
15735707    Best Buy,    PO Box 17298,    Wilmington, DE 19850-7298
15735708   +Biehl & Biehl, Inc.,    o/b/o Nicor,    325 E. Fullterton Avenue,    Carol Stream, IL 60188-1865
15735709   +C Beyond Communication,    13474 Collections Center Drive,    Chicago, Il 60693-0134
15735714   +CBCS,    o/b/o Nicor,    PO Box 163250,    Columbus, OH 43216-3250
16050836    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
15735711    Capital One Bank Card,    PO Box 5294,    Carol Stream, IL 60197-5294
15735713   +Card Service Center,    PO Box 6276,    Sioux Falls, SD 57117-6276
15735715   +Chase,    PO Box 15548,    Wilmington, DE 19886-5548
15735717    Citi Cards,    PO Box 688902,    Des Moines, IA 50368-8902
15735718   +Citicards,    PO Box 688917,    Des Moines, IA 50368-8917
15735719   +City of Aurora,    44 E. Downer Place,    Aurora, IL 60505-3302
15735720   +City of Rockford,    425 E. State Street,    Rockford, IL 61104-1068
15735721   +Codilis & Associates,    o/b/o Wells Fargo Bank,    15W030 North Frontage Road, Ste 100,
             Burr Ridge, IL 60527-6921
15735722   +Collect America Commercial Services,    o/b/o C Beyond Communications,    16011 College Blvd. #101,
             Lenexa, KS 66219-1442
15735723    Comcast,    PO Box 3002,    Southeastern PA 19398-3002
15735724   +Commonwealth Edison,    ATTN: Revenue Management,    2100 Swiss Drive,    Oakbrook, IL 60523
15735725   #Creditors Interchange,    o/b/o FIA Card Services,    PO Box 2270,    Buffalo, NY 14240-2270
15735730    Financial Asset Management Systems,    o/b/o Bank of America,    PO Box 451409,
             Atlanta, GA 31145-9409
15735731   +First Source Advantage,    PO Box 628,    Buffalo, NY 14240-0628
15735732    Firstsource Advantage,    o/b/o Best Buy,    PO Box 628,    Buffalo, NY 14240-0628
15735734   +GB Collects, LLC,    o/b/o Wachovia,    145 Bradford Drive,    W Berlin, NJ 08091-9269
15735735    Home Depot,    PO BOX 589100,    Des Moines, IA 50368-9100
15735736   +HomeVestors of America,    10670 North Central Expressway,    Suite 700,    Dallas, TX 75231-2144
15735738   +John Rae, Sr.,    6N312 Clydesdale Court,    St. Charles, IL 60175-8416
15735739   +John T. Rae, Sr.,    6N312 Clydesdale Court,    St. Charles, IL 60175-8416
15735740   +NCO Financial,    o/b/o American Express,    507 Prudential Road,    Horsham, PA 19044-2308
15735742   +NKA 1, LLC,    801 Airport Road,    Rockford, IL 61109-2945
15735743   +NKA, LLC,    1330 E. State Street #2,    Rockford, IL 61104-2250
15735746    Plaza Associates,    o/b/o Bank of America,    JAF Station PO BOX 2769,    New York, NY 10116-2769
15735748    Rock River Water Reclamation District,    PO Box 6207,    Rockford, IL 61125-1207
15735749   +Rockford Register Star,    PO Box 439,    Rockford, IL 61105-0439
15735750   +Sears Premier Card,    PO Box 183082,    Columbus, OH 43218-3082
15735751    Select Financial Services, Inc.,    P O Box 551170,    Jacksonville, FL 32255-1170
15735752   +Taylor Bean & Whitaker Mortgage,    1417 N. Magnolia AVe,    Ocala, FL 34475-9078
15735753   +Thomas M. Fink,    1551 Darby Court,    Batavia, IL 60510-1613
15735755    Wells Fargo,    PO Box 29746,    Phoenix, AZ 85038-9746
15735756   +Weltman, Weinberg & Reis,    o/b/o GE Money,    PO BOX 93784,    Cleveland, OH 44101-5784
15735757   +Zwicker & Associates,    o/b/o American Express Blue,    800 Federal Street,
             Andover, MA 01810-1067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15735696    E-mail/Text: bkr@cardworks.com Dec 22 2011 03:27:15     Advanta Bank,    PO Box 8088,
             Philadelphia, PA 19101-8088
15735710   +E-mail/Text: cms-bk@cms-collect.com Dec 22 2011 03:28:10     Capital Management,    o/b/o Discover,
             726 Exchange Street,    Buffalo, NY 14210-1494
16362471    E-mail/PDF: rmscedi@recoverycorp.com Dec 22 2011 04:48:50     Capital Recovery III LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16389223    E-mail/PDF: rmscedi@recoverycorp.com Dec 22 2011 04:48:50     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15735726    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 22 2011 04:47:48     Discover,    PO Box 30943,
             Salt Lake City, UT 84130
16003043    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 22 2011 04:47:48     Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16396386    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2011 04:46:34
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
15735737    E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2011 04:48:50     JC Penney,    PO Box 960001,
             Orlando, FL 32896-0090
```

```
District/off: 0752-3          User: cbachman              Page 2 of 3                   Date Rcvd: Dec 21, 2011
                              Form ID: pdf006             Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15735741      +E-mail/Text: bankrup@nicor.com Dec 22 2011 03:25:03     NICOR,   PO Box 416,
               Aurora, IL 60568-0001
15735744      +E-mail/Text: ebn@vativrecovery.com Dec 22 2011 03:28:01      Palisades Collection,   o/b/o Chase,
               210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
16085058      +E-mail/Text: ebn@vativrecovery.com Dec 22 2011 03:28:01      Palisades Collections, LLC,
               Vativ Recovery Solutions LLC,   As Agent For Palisades Collections, LLC,   PO Box 40728,
               Houston, TX 77240-0728
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15735698*       American Express,   PO Box 0001,   Los Angeles, A 90096-0001
16396282*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15735701*       Bank of America,   PO Box 533512,   Atlanta, GA 30353-3512
15735702*       Bank of America,   PO Box 533512,   Atlanta, GA 30353-3512
15735703*       Bank of America,   PO Box 533512,   Atlanta, GA 30353-3512
15735704*       Bank of America,   PO Box 533512,   Atlanta, GA 30353-3512
15735712*       Capital One Bank Card,   PO Box 5294,   Carol Stream, IL 60197-5294
15735716*      +Chase,   PO Box 15548,   Wilmington, DE 19886-5548
15735727*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover,   PO Box 30943,   Salt Lake City, UT 84130)
15735728*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover,   PO Box 30943,   Salt Lake City, UT 84130)
15739410*      +John T Rae Sr,   6N312 Clydesdale Court,   St Charles, Il 60175-8416
15739409*      +NKA LLC,   1330 E State St  #2,   Rockford, Il 61104-2250
15735745*      +Palisades Collection,   o/b/o Chase,   210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
15735729      ##FIA Card Services,   PO Box 15137,   Wilmington, DE 19850-5137
15735733      ##+Fox Metro,   PO Box 109,   Montgomery, IL 60538-0109
15735747      ##+Prospect Avenue Funding,   10670 North Central Parkway,   Suite 700,   Dallas, TX 75231-2144
15735754      ##+Wachovia Insurance,   ATTN: Jane Darnon,   5956 Sherry Lane, Ste 2000,   Dallas, TX 75225-8046
                                                                                     TOTALS: 0, * 13, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cbachman              Page 3 of 3                  Date Rcvd: Dec 21, 2011
                              Form ID: pdf006             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2011 at the address(es) listed below:

```
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Joseph D Olsen     jolsenlaw@aol.com,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott A Bentley    on behalf of Debtor John Rae scottbentleylaw@gmail.com
                                                                                             TOTAL: 5
```

Case 10-73086   Doc 47   Filed 12/21/11   Entered 12/23/11 23:50:09   Desc Imaged
Certificate of Notice   Page 8 of 8