**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RAE, JOHN T § Case No. 10-73086
　　　　RAE, JENNIFER L. §
　　　　INTELLECH, INC & INTELLECTUAL PROPER §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $372,065.48　　　　　　Assets Exempt: $64,354.51
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,977.90　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $1,329,811.84

Total Expenses of Administration: $6,772.48

---

　　3) Total gross receipts of $ 18,750.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,750.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $330,190.31 | $5,474.08 | $5,474.08 | $5,474.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,772.48 | 6,772.48 | 6,772.48 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,071,868.27 | 264,447.39 | 264,447.39 | 6,503.82 |
| **TOTAL DISBURSEMENTS** | $1,402,058.58 | $276,693.95 | $276,693.95 | $18,750.38 |

4) This case was originally filed under Chapter 7 on June 18, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012     By: /s/JOSEPH D. OLSEN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Arizona lots | 1110-000 | 18,750.00 |
| Interest Income | 1270-000 | 0.38 |
| **TOTAL GROSS RECEIPTS** | | **$18,750.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Codilis & Associates o/b/o Wells Fargo Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 68951001574899/689510015L4ien: Bank of America | 4110-000 | 35,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 294,970.31 | N/A | N/A | 0.00 |
| | Pioneer Title Agency | 4110-000 | N/A | 150.00 | 150.00 | 150.00 |
| | Pioneer Title Agency | 4110-000 | N/A | 420.00 | 420.00 | 420.00 |
| | Pioneer Title Agency | 4110-000 | N/A | 25.00 | 25.00 | 25.00 |
| | Pioneer Title Agency | 4110-000 | N/A | 2.00 | 2.00 | 2.00 |
| | Pioneer Title Agency | 4700-000 | N/A | 392.24 | 392.24 | 392.24 |
| | Pioneer Title Agency | 4700-000 | N/A | 351.63 | 351.63 | 351.63 |
| | Pioneer Title Agency | 4110-000 | N/A | 352.05 | 352.05 | 352.05 |
| | Pioneer Title Agency, Inc. | 4110-000 | N/A | 150.00 | 150.00 | 150.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Pioneer Title Agency, Inc. | 4110-000 | N/A | 420.00 | 420.00 | 420.00 |
| Pioneer Title Agency, Inc. | 4110-000 | N/A | 2.00 | 2.00 | 2.00 |
| Pioneer Title Agency, Inc. | 4700-000 | N/A | 2,941.28 | 2,941.28 | 2,941.28 |
| Pioneer Title Agency, Inc. | 4700-000 | N/A | 267.88 | 267.88 | 267.88 |
| **TOTAL SECURED CLAIMS** | | $330,190.31 | $5,474.08 | $5,474.08 | $5,474.08 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,625.04 | 2,625.04 | 2,625.04 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 136.92 | 136.92 | 136.92 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,524.00 | 1,524.00 | 1,524.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.68 | 6.68 | 6.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 15.53 | 15.53 | 15.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Pioneer Title Agency, Inc. | 2820-000 | N/A | 489.31 | 489.31 | 489.31 |
| Pioneer Title Agency, Inc. | 3510-000 | N/A | 1,375.00 | 1,375.00 | 1,375.00 |
| Pioneer Title Agency | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,772.48 | 6,772.48 | 6,772.48 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 13,062.25 | 13,062.25 | 321.25 |
| 2 | Discover Bank | 7100-000 | N/A | 14,746.50 | 14,746.50 | 362.68 |
| 3 | Discover Bank | 7100-000 | N/A | 8,470.03 | 8,470.03 | 208.31 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,146.11 | 3,146.11 | 77.38 |
| 5 | Palisades Collections, LLC | 7100-000 | N/A | 10,439.70 | 10,439.70 | 256.75 |
| 6 | Palisades Collections, LLC | 7100-000 | N/A | 1,879.92 | 1,879.92 | 46.23 |
| 7 | Advanta Bank Corp. in receivership of | 7100-000 | N/A | 13,626.97 | 13,626.97 | 335.14 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 27,324.84 | 27,324.84 | 672.03 |
| 9 | Capital Recovery III LLC | 7100-000 | N/A | 25,817.73 | 25,817.73 | 634.96 |
| 10 | Capital Recovery III, LLC | 7100-000 | N/A | 36,999.26 | 36,999.26 | 909.96 |
| 11 | Capital Recovery III LLC | 7100-000 | N/A | 23,656.87 | 23,656.87 | 581.82 |
| 12 | American Express Bank, FSB | 7100-000 | N/A | 11,055.00 | 11,055.00 | 271.89 |
| 13 | Capital Recovery IV LLC | 7100-000 | N/A | 4,734.98 | 4,734.98 | 116.45 |
| 14 | Capital Recovery IV LLC | 7100-000 | N/A | 8,528.40 | 8,528.40 | 209.75 |
| 15 | American Express Bank, FSB | 7100-000 | N/A | 17,912.40 | 17,912.40 | 440.54 |
| 16 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 43,046.43 | 43,046.43 | 1,058.68 |
| NOTFILED | Firstsource Advantage o/b/o Best Buy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Source Advantage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fox Metro | 7100-000 | 151.33 | N/A | N/A | 0.00 |
| NOTFILED | HomeVestors of America | 7100-000 | 81,013.56 | N/A | N/A | 0.00 |
| NOTFILED | GB Collects, LLC o/b/o Wachovia | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 18,539.84 | N/A | N/A | 0.00 |
| NOTFILED | Financial Asset Management Systems | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Discover | 7100-000 | 13,203.64 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 7100-000 | 421.77 | N/A | N/A | 0.00 |
| NOTFILED | City of Aurora | 7100-000 | 217.04 | N/A | N/A | 0.00 |
| NOTFILED | Collect America Commercial Services | 7100-000 | 459.59 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange o/b/o FIA Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | 529.04 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 3,488.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 7,198.76 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 11,163.89 | N/A | N/A | 0.00 |
| NOTFILED | Zwicker & Associates o/b/o American Express Blue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Rae, Sr. | 7100-000 | 140,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Premier Card | 7100-000 | 7,481.84 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Register Star | 7100-000 | 912.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Financial Services, Inc. | 7100-000 | 14,803.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas M. Fink | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Taylor Bean & Whitaker Mortgage | 7100-000 | 121,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 31,580.56 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Insurance | 7100-000 | 669.85 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Water Reclamation District | 7100-000 | 78.52 | N/A | N/A | 0.00 |
| NOTFILED | Prospect Avenue Funding | 7100-000 | 17,272.12 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg & Reis o/b/o GE Money | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 3,896.75 | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | 31,707.96 | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collection o/b/o Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NKA 1, LLC | 7100-000 | 3,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Plaza Associates o/b/o Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collection o/b/o Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial o/b/o American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CBCS o/b/o Nicor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Academy Collection Service o/b/o Citibank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank | 7100-000 | 10,723.43 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 10,734.06 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 16,848.85 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank Card | 7100-000 | 17,954.29 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital Management o/b/o Discover | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank Card | 7100-000 | 2,503.07 | N/A | N/A | 0.00 |
| NOTFILED | Card Service Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 9,660.21 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,452.61 | N/A | N/A | 0.00 |
| NOTFILED | C Beyond Communication | 7100-000 | 541.95 | N/A | N/A | 0.00 |
| NOTFILED | Biehl & Biehl, Inc. o/b/o Nicor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 103,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller o/b/o Discover | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 40,110.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 155,453.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 140,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 7,650.67 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Card | 7100-000 | 18,028.96 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 19,948.11 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,071,868.27 | 264,447.39 | 264,447.39 | 6,503.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
RAE, JENNIFER L.  
**Period Ending:** 03/26/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/18/10 (f)  
**§341(a) Meeting Date:** 08/05/10  
**Claims Bar Date:** 11/12/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence - 335 Stongate Rd. | 332,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Arizona lots | 115,000.00 | 0.00 | | 18,750.00 | FA |
| 3 | checking accounts | 4,174.52 | 0.00 | DA | 0.00 | FA |
| 4 | HHGS | 2,180.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Bikes/cameras | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Educational savings accts/IRA | 25,870.96 | 0.00 | DA | 0.00 | FA |
| 8 | Money owed debtor (Antoine Meredith) | 2,650.00 | 0.00 | DA | 0.00 | FA |
| 9 | vehicles | 4,250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Fax/copier | 240.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.38 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$487,065.48** | **$0.00** | | **$18,750.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2011     **Current Projected Date Of Final Report (TFR):** December 20, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 10-73086 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** RAE, JOHN T | **Bank Name:** The Bank of New York Mellon |
| RAE, JENNIFER L. | **Account:** 9200-******10-65 - Money Market Account |
| **Taxpayer ID #:** **-***6624 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 03/26/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/23/11 | | Pioneer Title Agency, Inc. | sale of Arizona property | | | 8,104.53 | | 8,104.53 |
| | {2} | | | 13,750.00 | 1110-000 | | | 8,104.53 |
| | | | county taxes | -489.31 | 2820-000 | | | 8,104.53 |
| | | | Commission | -1,375.00 | 3510-000 | | | 8,104.53 |
| | | | Closing fees | -150.00 | 4110-000 | | | 8,104.53 |
| | | | Owner's coverage | -420.00 | 4110-000 | | | 8,104.53 |
| | | | Affidavit fee | -2.00 | 4110-000 | | | 8,104.53 |
| | | | Back taxes | -2,941.28 | 4700-000 | | | 8,104.53 |
| | | | HOA past dues | -267.88 | 4700-000 | | | 8,104.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 8,104.54 |
| 06/01/11 | | To Account #9200******1066 | pay bond premium | | 9999-000 | | 6.68 | 8,097.86 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,097.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,097.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 15.53 | 8,082.45 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,082.51 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,057.51 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,057.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,032.57 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 8,032.63 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 8,007.63 |
| 11/17/11 | | Pioneer Title Agency | purchase of vacant lot | | | 2,807.08 | | 10,814.71 |
| | {2} | | | 5,000.00 | 1110-000 | | | 10,814.71 |
| | | | Commission | -500.00 | 3510-000 | | | 10,814.71 |
| | | | Closing fees | -150.00 | 4110-000 | | | 10,814.71 |
| | | | Owner's coverage to Pioneer Title Agency | -420.00 | 4110-000 | | | 10,814.71 |
| | | | Recording fees | -25.00 | 4110-000 | | | 10,814.71 |
| | | | Affidavit fee | -2.00 | 4110-000 | | | 10,814.71 |
| | | | 2010 taxes | -392.24 | 4700-000 | | | 10,814.71 |
| | | | 2011 taxes | -351.63 | 4700-000 | | | 10,814.71 |
| | | | HOA Dues to SPRPOA | -352.05 | 4110-000 | | | 10,814.71 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.07 | | 10,814.78 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,789.78 |
| 12/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.00 | | 10,789.78 |
| 12/01/11 | | To Account #9200******1066 | Prep. F. Rpt | | 9999-000 | | 10,789.78 | 0.00 |

Subtotals : $10,911.99   $10,911.99

{} Asset reference(s)

Printed: 03/26/2012 02:11 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
RAE, JENNIFER L.  
**Taxpayer ID #:** **-***6624  
**Period Ending:** 03/26/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-65 - Money Market Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,911.99 | 10,911.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,796.46 | |
| | | | **Subtotal** | | **10,911.99** | **115.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,911.99** | **$115.53** | |

{} Asset reference(s)

Printed: 03/26/2012 02:11 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
RAE, JENNIFER L.  
**Taxpayer ID #:** **-***6624  
**Period Ending:** 03/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******1065 | pay bond premium | 9999-000 | 6.68 | | 6.68 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73086, BOND #016018067 | 2300-000 | | 6.68 | 0.00 |
| 12/01/11 | | From Account #9200******1065 | Prep. F. Rpt | 9999-000 | 10,789.78 | | 10,789.78 |
| 01/19/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,524.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,524.00 | 9,265.78 |
| 01/19/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,625.04, Trustee Compensation; Reference: | 2100-000 | | 2,625.04 | 6,640.74 |
| 01/19/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $136.92, Trustee Expenses; Reference: | 2200-000 | | 136.92 | 6,503.82 |
| 01/19/12 | 105 | Palisades Collections, LLC | Dividend paid 2.45% on $10,439.70; Claim# 5; Filed: $10,439.70; Reference: | 7100-000 | | 256.75 | 6,247.07 |
| 01/19/12 | 106 | Palisades Collections, LLC | Dividend paid 2.45% on $1,879.92; Claim# 6; Filed: $1,879.92; Reference: XXX-0831 | 7100-000 | | 46.23 | 6,200.84 |
| 01/19/12 | 107 | Advanta Bank Corp. in receivership of | Dividend paid 2.45% on $13,626.97; Claim# 7; Filed: $13,626.97; Reference: | 7100-000 | | 335.14 | 5,865.70 |
| 01/19/12 | 108 | Capital Recovery III, LLC | Dividend paid 2.45% on $36,999.26; Claim# 10; Filed: $36,999.26; Reference: XXX-7215 | 7100-000 | | 909.96 | 4,955.74 |
| 01/19/12 | 109 | American Express Bank, FSB | Dividend paid 2.45% on $11,055.00; Claim# 12; Filed: $11,055.00; Reference: 16377111 | 7100-000 | | 271.89 | 4,683.85 |
| 01/19/12 | 110 | Capital Recovery IV LLC | Dividend paid 2.45% on $4,734.98; Claim# 13; Filed: $4,734.98; Reference: | 7100-000 | | 116.45 | 4,567.40 |
| 01/19/12 | 111 | Capital Recovery IV LLC | Dividend paid 2.45% on $8,528.40; Claim# 14; Filed: $8,528.40; Reference: 16389223 | 7100-000 | | 209.75 | 4,357.65 |
| 01/19/12 | 112 | American Express Bank, FSB | Dividend paid 2.45% on $17,912.40; Claim# 15; Filed: $17,912.40; Reference: | 7100-000 | | 440.54 | 3,917.11 |
| 01/19/12 | 113 | FIA Card Services, NA/Bank of America | Dividend paid 2.45% on $43,046.43; Claim# 16; Filed: $43,046.43; Reference: 16396386 | 7100-000 | | 1,058.68 | 2,858.43 |
| 01/19/12 | 114 | Capital One Bank (USA), N.A. | Combined Check for Claims#4,8 | | | 749.41 | 2,109.02 |
| | | | Dividend paid 2.45% on $3,146.11; Claim# 4; Filed: $3,146.11; Reference: XXX-3073 | 7100-000 | 77.38 | | 2,109.02 |
| | | | Dividend paid 2.45% on $27,324.84; Claim# 8; Filed: $27,324.84; Reference: XXX-5925 | 7100-000 | 672.03 | | 2,109.02 |
| 01/19/12 | 115 | Capital Recovery III LLC | Combined Check for Claims#9,11 | | | 1,216.78 | 892.24 |

Subtotals: $10,796.46   $9,904.22

{} Asset reference(s)

Printed: 03/26/2012 02:11 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-73086  
**Case Name:** RAE, JOHN T  
　　　　　　　RAE, JENNIFER L.  
**Taxpayer ID #:** **-***6624  
**Period Ending:** 03/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid  2.45% on  634.96<br>$25,817.73;  Claim# 9;<br>Filed: $25,817.73 | 7100-000 | | | 892.24 |
| | | | Dividend paid  2.45% on  581.82<br>$23,656.87;  Claim# 11;<br>Filed: $23,656.87 | 7100-000 | | | 892.24 |
| 01/19/12 | 116 | Discover Bank | Combined Check for Claims#1,3,2 | | | 892.24 | 0.00 |
| | | | Dividend paid  2.45% on  321.25<br>$13,062.25;  Claim# 1;<br>Filed: $13,062.25 | 7100-000 | | | 0.00 |
| | | | Dividend paid  2.45% on  208.31<br>$8,470.03;  Claim# 3;<br>Filed: $8,470.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid  2.45% on  362.68<br>$14,746.50;  Claim# 2;<br>Filed: $14,746.50 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,796.46 | 10,796.46 | **$0.00** |
| | | | Less: Bank Transfers | | 10,796.46 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **10,796.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,796.46** | |

Net Receipts :　　10,911.99  
Plus Gross Adjustments :　　7,838.39  
Net Estate :　　$18,750.38

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******10-65** | 10,911.99 | 115.53 | 0.00 |
| **Checking # 9200-******10-66** | 0.00 | 10,796.46 | 0.00 |
| | $10,911.99 | $10,911.99 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/26/2012 02:11 PM    V.12.57